**Margaret BASS, Appellant,**

v.

**TEXAS ASSOCIATION OF SCHOOL BOARDS and Flour Bluff Independent School District, Appellees.**

**No. 13–99–820–CV.**

Court of Appeals of Texas, Corpus Christi–Edinburg.

Oct. 24, 2002.

Randy Mack, for appellant.

Sandra Sterba–Boatwright, Donnell Abernethy & Kieschnick, Corpus Christi, for appellee.

Before Justices DORSEY, CASTILLO, and KENNEDY.[1]

1. Senior Justice Noah Kennedy assigned to this court by the Chief Justice of the Supreme Court of Texas pursuant to TEX. GOV'T CODE ANN. § 74.003 (Vernon 1998).

## CORRECTED OPINION ON REMAND

Opinion by Justice DORSEY.

This Supreme Court of Texas remanded this cause to this Court for correction of our original opinion and judgment. *See Texas Association of School Boards, Inc. v. Margaret Bass*, 92 S.W.3d 488, 489. In our original opinion, we reviewed a take-nothing judgment entered by the trial court after the court granted a joint motion for summary judgment filed by Texas Association of School Boards, Inc. and Flour Bluff, I.S.D. *See Bass v. Texas Association of School Boards and Flour Bluff I.S.D.*, 55 S.W.3d 735 (Tex.App.-Corpus Christi 2001).

We affirmed the trial court's grant of summary judgment in favor of Texas Association of School Boards, but reversed its grant of summary judgment in favor of Flour Bluff I.S.D. *Id.* at 738–740. Rather than affirm, in part, and reverse, in part, we reversed the judgment in its entirety and instructed the trial court to proceed further consistent with our opinion. *Id.* at 740. The supreme court has ordered us to correct our disposition so that it conforms with the analysis contained in our opinion. *Texas Association of School Boards*, 92 S.W.3d at 489.

Accordingly, we AFFIRM the take-nothing judgment entered in favor of Texas Association of School Boards.

Justice KENNEDY not participating.